STATE OF OREGON,
*Respondent,*

*v.*

JOHN W. BOUNDY,
*Appellant.*

(CM 90-0426; CA A68694)

840 P2d 1307

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Ann Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Boundy (A68946),* 115 Or App 638, 840 P2d 1307 (1992).